**Exhibit B**

# MATTEX LEISURE INDUSTRIES WARRANTY

1.  **PRODUCT**
    MATTEX grass yarns for sport fields.

2.  **APPLICATION**
    Synthetic grass yarn to be used for sport fields only and exclusive of steps, landings, pass and entrances.

3.  **WEATHERING PERFORMANCE**

| KLANGLEY | WATT/M2 | GUARANTEE Evolution 3GS TM | GUARANTEE PE fibrillated tape fiber |
|----------|---------|---------------------------|-------------------------------------|
| 0-100 | 0-150 | 9 Years | 8 Years |
| 101-140 | 151-185 | 8 Years | 7 Years |
| 141-160 | 186-200 | 7 Years | 6 Years |
| 161 and up | 200 and higher | 6 Years | 5 Years |

The duration of the Mattex Leisure Industries guarantees is dependent on the final application and the global location of the installation per the Ciba Klangley chart attached.

4.  **CONDITIONS**
    This guarantee is subject to inter alia the following conditions:

    a)  The synthetic grass surface must be professionally installed, using good quality products which meet industry standards. This guarantee does not cover the cost of removal and re-installation, it will however cover any and all disposal expenses of the failed surface.

    b)  The sport field shall be used for the purpose for which it was intended.

    c)  The sport field surface must be maintained in accordance with industry standards.

    d)  The sport field surface must be laid in areas below 1,500 meters (5,000 ft.) above sea level.

    e)  The sport field surface must not be abused, either mechanically, chemically or otherwise.

    f)  Where excessive use of the sport surface takes place, this yarn guarantee shall not apply.

g) In case of any in-fill material being used, this must be of good quality, with a Sulphur content not to exceed industry standards. Any allegations of fiber/yarn damage due to excessive Sulphur content shall be proved by and through scientific evaluation.

5. **COMPENSATION**

Mattex Leisure Industries' commitment to this guarantee will not exceed the invoice value of the grass yarn supplied, unless otherwise specified above.