**Exhibit C**

**MATTEX**
LEISURE INDUSTRIES

Date: November 29, 2006
Our Ref: 0011/CP/06

Agreement between

Mattex Leisure Industries Dubai
Jeroen A. van Balen
Dubai
UAE

And

Fieldturf –Tarkett
Mr. John Gilman
Montreal
Canada
Telefax +15143409374

This contract is established to agree supply of MLI artificial grass fibers to Fieldturf-Tarkett in France and North America.

1. The contract covers the period between 1/12/06 and 31/12/2007.

2. MLI will supply a quantity of approximately 6 million kg of monofilament grass fibers to Fieldturf-Tarkett in France and Fieldturf-Tarkett in USA. The delivery schedule will be reviewed before shipment to allow for placement of fibers into either the Fieldturf product or the Prestige product.

3. Prices during period 1/12/06-28/02/07 will be
    a. USD 3.65 for kg monofilament products to North America
    b. USD 3.75 per kg for monofilament products in Europe
    c. USD 3.35 per kg for tape slit fibers to Europe
    d. Prices for white as a. through c., prices for other colors USD 4.10 per kg.

4. Prices during period 01/03/07-31/12/07 will be
    a. USD 3.85 for kg monofilament products to North America
    b. USD 3.90 per kg for monofilament products in Europe
    c. USD 3.35 per kg for tape slit fibers to Europe
    d. Prices for white as a. through c., prices for other colors USD 4.35 per kg.

**MATTEX**
LEISURE INDUSTRIES

5. Payment terms will be 180 days net for shipments between 1/12/2006 and 31/3/2007 for North America and Europe, and 90 days net for period between 1/4/2007 and 30/9/2007, and 180 days net for period between 1/10/2007 and 31/12/2007.

6. Monofilament products (Evolution 3GS, Mono Slide, and any combination of both) as well as Tape products (Tape Slide), will be as to current specification sheets by Mattex.

7. MLI will ensure sufficient capacity to meet Fieldturf-Tarkett demand as in Appendix I on delivery schedule.

8. Delivery schedule as in Appendix I is to be considered as a fixed minimum order for MLI, but is subject to some adjustment upon mutual agreement.

9. MLI grant full exclusivity on EVOLUTION 3GS and any product containing EVOLUTION 3GS filaments to Fieldturf-Tarkett for until 31/12/2007 and will extend this exclusivity further in case this contract is renewed.

10. Fieldturf-Tarkett may use EVOLUTION 3GS trade name in case they wish for all commercial use.

11. MLI Limited Warranty Version 1- June 2006 for Fieldturf-Tarkett shall apply as an integral part of this contract.

12. MLI shall provide full color range in the monofilament products to North America in first months of 2007, upon timely reception of volume details per color.

13. This agreement for global Fieldturf-Tarkett fiber commitment will stay confidential between MLI and Fieldturf USA's head office in Montreal, Canada until notice is given by Mr. John Gilman.

Appendix I VOLUMES TO BE CHECKED BY JENNIFER

Proposed Delivery Schedule

Minimum quantities to be shipped ex MLI
Volume (in tons)

| Month | Evolution 3GS (OG/FG) France | Evolution 3GS (FG) USA |
|---|---|---|
| November 2006 | 200 | 250 |
| December 2006 | 200 | 250 |
| January 2007 | 150 | 200 |
| February 2007 | 250 | 250 |

**MATTEX**
LEISURE INDUSTRIES

| | | |
|---|---|---|
| March 2007 | 250 | 300 |
| April 2007 | 250 | 300 |
| May 2007 | 250 | 300 |
| June 2007 | 300 | 250 |
| July 2007 | 300 | 200 |
| August 2007 | 250 | 200 |
| September 2007 | 250 | 150 |
| October 2007 | 150 | 150 |
| November 2007 | 100 | 100 |
| December 2007 | 100 | 100 |
| **Total** | **3,000** | **3,000** |

Mattex Leisure Industries Dubai

Jeroen A. van Balen
Managing Director

Fieldturf–Tarkett Group of Companies

John Gilman
Chief Executive Officer