**Exhibit D**



# Mattex Leisure Industries Limited Warranty
### Version 1 - June 2006
### For: FIELDTURF TARKETT - Montreal, Canada

**1. Products covered by Warranty.**

Mattex Leisure Industries ("Mattex") warrants to the original purchaser (the "Purchaser") that Mattex's grass yarns ("Products") are free from defects in material and workmanship under normal use and that the Products will maintain their strength for the period commencing upon the date of purchase and continuing for the periods specified for each of the Products specified in the radiation map enclosed to this Warranty as Exhibit 1. Tensile strength shall be deemed maintained if the Products' tensile strength does not decrease by more than fifty (50) percent resilience or ability to stand straight is not included in this warranty.

The limited warranty assumes fields are used for a normal number of hours, where normal is to be understood as maximum of 1250 hours per year.

**2. Extent of Warranty.**

This Limited Warranty is conditioned upon proper use of the Products by Purchaser. This Limited Warranty does not cover damage to the Products caused by:

- a- Burns, cuts, accidents, vandalism, abuse, negligence or neglect;
- b- Exposure to chemical, thermal or mechanical stress beyond designed use.
- c- Improper design, installation and maintenance of the grass carpet system of which the Products are part, including but not limited to infill and sub base.
- d- Failure to use proper infill grade and level according to FIFA accredited test institutes such as ISA on Labosport.
- e- Using the Products for a purpose other than for which the Products were designed.
- f- Use of sports equipment or footwear that are not designed for use on the Products.
- g- Use of cleaning methods, solvents, chemicals, tools or devices that are not approved by Mattex for use on the Products.
- h- Acts of God or any condition or occurrence that is beyond Mattex's control.
- i- Any alteration of the Products that is not approved by Mattex.

This Limited Warranty shall not cover normal wear and tear or normal aging of the Products. Mattex shall not be responsible for any Warranty issued by the Purchaser to any other person or entity.



P.O. BOX 112470 • DUBAI • UAE • T (971-4) 8038111 • F (971-4) 8038223
www.mattex.com • info@mattex.com • Cr No.: 191711



### 3. Technical Manual

Mattex has issued a Technical Manual for Purchaser's guidance in the proper use of the Products. Nothing contained in the Technical Manual shall be construed to create an express or implied warranty or representation of any kind whatsoever with respect to the Products.

> LIMITATION OF REMEDY AND LIABILITY: THE REMEDIES SPECIFIED IN THIS LIMITED WARRANTY SHALL BE THE SOLE MEANS OF REDRESS FOR THE PURCHASER WITH RESPECT TO ANY CLAIM ARISING OUT OF PURCHASER'S PURCHASE OF THE PRODUCTS. IN NO EVENT, REGARDLESS OF THE FORM OF THE CLAIM OR CAUSE OF ACTION (WHETHER BASED IN CONTRACT, NEGLIGENCE, STRICT LIABILITY, OTHER TORT, MISREPRESENTATION OR OTHERWISE), SHALL MATTEX'S LIABILITY TO PURCHASER AND/OR ITS CUSTOMERS FOR DIRECT LOSSES, COSTS, DAMAGES, EXPENSES OR OTHER LIABILITIES ARISING OUT OF OR CONNECTED WITH THIS LIMITED WARRANTY EXCEED THE ORIGINAL PURCHASE PRICE OF THE PRODUCTS.
>
> IN NO EVENT SHALL MATTEX'S LIABILITY TO THE PURCHASER OR ANY OTHER PARTY EXTEND TO INCLUDE SPECIAL, INDIRECT, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF ANTICIPATED PROFITS, LOSS OF USE, LOSS OF REVENUE AND COST OF CAPITAL.
>
> THIS LIMITED WARRANTY DOES NOT EXTEND TO ANY LOSSES OR DAMAGES DUE TO MISUSE, ACCIDENT, ABUSE, NEGLECT, WEAR AND TEAR, NEGLIGENCE, UNAUTHORIZED MODIFICATIONS OR ALTERATION, USE BEYOND RATED CAPACITY, OR IMPROPER INSTALLATION, MAINTENANCE OR APPLICATION. MATTEX WILL NOT BE LIABLE FOR ANY CLAIM BROUGHT AGAINST THE PURCHASER BY ANY OTHER PARTY. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THE PRODUCTS AND THE PURCHASER SHALL INDEMNIFY AND HOLD MATTEX HARMLESS AGAINST ANY CLAIMS AGAINST MATTEX IN RESPECT OF THE PRODUCTS BY ANY THIRD PARTY.

### 4. NO OTHER WARRANTIES

THIS LIMITED WARRANTY IS THE SOLE AND EXCLUSIVE WARRANTY FOR THE PRODUCTS AND REPLACES ALL OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, WRITTEN OR VERBAL. SAVE AS PROVIDED IN THIS WARRANTY OR AS EXPRESSLY PROVIDED BY APPLICABLE LAW, MATTEX DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR PARTICULAR PURPOSE, OR ANY OTHER MATTER WITH RESPECT TO ANY OF THE PRODUCTS.



P.O. BOX 112470 • DUBAI • UAE • T (971-4) 8038111 • F (971-4) 8038223
www.mattex.com • info@mattex.com • Cr No.: 191711



### 5. Notification of claims

Written notice of a defect in a Product under this Limited Warranty must be received by Mattex by not later than thirty (30) days after discovery of the defect together with acceptable proof of the defect. If Purchaser notifies Mattex in writing within thirty (30) days after Purchaser's discovery of any warranty defects within the warranty period, Mattex shall, at its option, repair, correct or replace F.O.B. point of manufacture, or refund the purchase price for, that portion of the Products found by Mattex to be defective. Failure by Purchaser to give such written notice within the applicable time period shall be deemed an absolute and unconditional waiver of Purchaser's claim for such defects. The Products repaired or replaced during the warranty period shall be covered by the foregoing warranties for the remainder of the original warranty period or ninety (90) days from the date of shipment, whichever is longer.

### 6. Severability

If any portion of this Limited Warranty is held illegal, invalid, or unenforceable by a court of competent jurisdiction, the remaining provisions of this Limited Warranty shall not be affected or impaired.

### 7. Entire Agreement

This Warranty, together with Mattex's contract of sale, represents the entire agreement of the parties and supersedes any prior or contemporaneous agreements with respect to the Products or this Limited Warranty. In entering into this Warranty and Mattex's contract of sale, the Purchaser does not rely on any pre-contractual statement, undertaking, promise, assurance, representation, warranty or understanding (whether in writing or not) of any person (whether party to this agreement or not) relating to the subject matter of this agreement other than as expressly set out in this Warranty. The parties agree that the Purchaser shall have no right of action against the Seller in respect of any pre-contractual statement, other than for breach of contract under the terms of this Warranty.

### 8. Assignment

The Purchaser may not transfer, convey or otherwise assign all or any of its rights under this Limited Warranty without the prior written consent of Mattex, and any assignment of rights made without the prior written consent of Mattex shall be null and void.

### 9. Waiver

No delay, waiver, omission or forbearance on the part of Mattex to exercise any right, option, duty or power arising out of any breach or default by the Purchaser under any of the terms, provisions, covenants, or conditions hereof, shall constitute a waiver by Mattex to enforce any such right, option, duty or power as against the Purchaser, or as to any subsequent breach or default by the Purchaser.



P.O. BOX 112470 • DUBAI • UAE • T (971-4) 8038111 • F (971-4) 8038223
www.mattex.com • info@mattex.com • Cr No.: 191711



## 10. Rights of Third Parties

The parties to this Warranty do not intend that any term of the Warranty shall be enforceable by any person that is not a party to it.

## 11. Governing Law

This warranty and the rights and obligations of the parties under this warranty shall be governed by the Laws of the United Arab Emirates, without regard to its conflict of laws principles. Sales of Products by Mattex to Purchaser shall not be subject to the United Nations Convention on the International Sale of Goods.

Jeroen A. van Balen
Managing Director

*for* FIELDTURF TARKETT
Canada

Date: /01./ 0 6 /2006/

Date: / .. / .. / .... /

P.O. BOX 112470 • DUBAI • UAE • T (971-4) 8038111 • F (971-4) 8038223
www.mattex.com • info@mattex.com • Cr No.: 191711



# EXHIBIT 1

The duration of Mattex's Warranty depends on the final application of the Products and the location of the installation as per the Ciba Klangley chart as per the schedule below, where the surface should not be installed in areas above 1500 m or 5000 ft above sea level:

| Klangley | Watt/m2 | Mono Slide | PP Grass Fibrillated PP fiber | PE fibrillated tape fiber | Evolution 3GS |
|---|---|---|---|---|---|
| 0-100 | 0-150 | 9 years | 6 | 8 years | 10 |
| 101-140 | 151-185 | 8 years | 5 | 7 years | 9 |
| 141-160 | 186-200 | 7 years | 4 | 6 years | 8 |
| 161 and up | 200 and higher | 6 years | 2 | 5 years | 6 |

