**Exhibit E**

**MATTEX**
LEISURE INDUSTRIES

Date: 04 April 2007
Our Ref: 0011/CP/06/R1

To: Mr. John Gilman
Fieldturf – Tarkett Group of Companies
Montreal, Canada

From: Mr. Jeroen van Balen
Ten Cate Thiolon Middle East LLC
Dubai, United Arab Emirates

Subject: 2007 Contract Amendment

Dear Mr. John Gilman

As per the new agreement the following prices shall apply:

1. Prices during period 01/04/07 – 30/06/07 will be

   a. USD 3.73 per kg monofilament products in North America
   b. USD 3.84 per kg monofilament products in Europe

2. Prices during period 01/07/07 – 31/12/07 will be

   a. USD 3.85 per kg monofilament products in North America
   b. USD 3.95 per kg monofilament products in Europe

This letter shall serve as an Appendix to the existing 2007 Agreement between Mattex Leisure Industries and Fieldturf – Tarkett dated 29th of November 2006.

Ten Cate Thiolon Middle East LLC

Jeroen A. van Balen
Managing Director

Fieldturf Tarkett Group of Companies

John Gilman
Chief Executive Officer

P.O. BOX 112470 • DUBAI • UAE • T (971-4) 8038111 • F (971-4) 8038223
www.mattex.com • info@mattex.com • Cr No.: 191711