**Exhibit F**

**MATTEX**
LEISURE INDUSTRIES

Date: 11 April 2007
Our Ref: 0011/CP/06/R2

To: **Mr. John Gilman**
**Fieldturf – Tarkett Group of Companies**
Montreal, Canada

From: **Mr. Jeroen van Balen**
**Ten Cate Thiolon Middle East LLC**
Dubai, United Arab Emirates

Subject: **2007 Price & Supply Confirmation**

Dear Mr. John Gilman

This letter is to confirm the price of 3.95 USD per kg. monofilament products to Fieldturf-Tarkett Europe starting the 1st Jul 2007 up to 31st of Dec 2007.

Please disregard the price of 3.90 USD/kg for monofilaments to Europe as stated on our 2007 Contract dated 29th of Nov. 2006 (Ref: 0011/CP/06) as this is a typographical error.

The rest of the agreed price amendment on the previously sent Appendix to the existing 2007 Agreement dated 04 April 2007 (Ref:0011/CP/06/R1) shall remain the same.

We also confirm the estimated total volume of 12 million lbs. of monofilament that has been proposed by Fieldturf-Tarkett in the email to Luc Blommaert on the 22nd of Nov 2006 to supply for both Europe and North America.

Lastly, may we ask you to sign this letter upon your approval to above mentioned additional terms and conditions?

Sincere regards,

Ten Cate Thiolon Middle East LLC          Fieldturf-Tarkett Group of Companies

Jeroen van Balen                          John Gilman
Managing Director                         Chief Executive Officer