# EXHIBIT A



**A Tarkett Sports Company**

March 14, 2011

Re: Fieldturf Projects

To Whom It May Concern,

I wanted to reach out to you at this critical time to shed some light on some of the rumors in the industry surrounding our recent lawsuit versus our former fiber supplier TenCate.

The action centers around fraudulent inducement of contract, breach of contract and warranty, and preliminary and permanent injunctive relief. It arises out of a bait-and-switch scheme employed by Mattex Leisure Industries ("Mattex") and its successor TenCate Thiolon Middle East LLC ("TenCate") against FieldTurf, one of their largest and most loyal customers. Our belief is that once it secured a contract with FieldTurf, Mattex/TenCate changed its fiber formula and the manufacturing process that it used to create the fiber. As a result of Mattex and TenCate's misrepresentations and breaches of contract and warranty, FieldTurf built more than 100 fields using defective fibers that are degrading prematurely.

There are several important items surrounding this case that are being severely misrepresented, so here are the key facts:

- While we have recently become aware of some turf fiber quality issues in a certain type, earlier generation field, it has not been a uniform issue in all FieldTurf fields that fit that type and our best approximation suggests these fields represent only 100 or 1.5% of our 7,000 fields.
- Some earlier generation monofilament fields located in higher UV environments fit the profile. Importantly, there are no health/safety concerns in connection with the field issues. The company has identified premature field degradation as stemming from quality issues in connection with product obtained through a former turf fiber supplier to FieldTurf.
- While we are seeking legal recourse against the turf supplier, FieldTurf is committed and well-placed to honor its warranties, remediate where applicable any customer issues to this end and continue to operate its business without interruption.

You should continue to feel very safe with FieldTurf as a long term partner:

- FieldTurf is backing by the $2 Billion Tarkett Group and $60 Billion KKR Company. Few companies in the world have these financial resources



- Every single FieldTurf field is backed by an insured warranty. If something ever happened to FieldTurf, our customers would be protected

What is most important is that this issue has absolutely nothing to do with the Safety & Performance of our fields; and has everything to do with a third party supplier that, in simple terms, did not live up to what they were providing us. Thus the reason FieldTurf Revolution was born. Being the most innovative and most tested company in the business we are now in control of our product quality from beginning to end. This not only is an exciting time for FieldTurf but assures you, our customers, you are protected as well. We are moving forward and separating ourselves from the competition once again! As an aside, the majority of the industry, including manufacturers like Sportexe/A-Turf/Astroturf have long been clients of TenCate, using the same polymer technology that is in question.

FieldTurf is still the most financially stable, innovative, safe, and proven company in the industry. We will continue to have the safety of our kids, performance, quality, and customer service as our core values!

I would be happy, and encourage you, to discuss at length any questions you have regarding this issue. FieldTurf is not only protecting its name but it's customers as well; and we will continue to do so for years to come.

Thank you for your time! Again, please do not hesitate to call me with any questions.

Regards,

Darren Gill
Vice-President, Global Marketing

8088 Montview, Montreal, PQ, Canada H4P 2L7
Toll Free: 1-800-724-2969   Tel.: (514) 340-9311   Fax: (514) 340-9374
Website: http://www.fieldturf.com

| | |
|---|---|
| **From:** | Coury Contact, Tim <tcfieldturf@cox.net> |
| **Sent:** | Thursday, April 21, 2011 2:40 PM |
| **To:** | Daliere, Eric <Eric.Daliere@tarkettsports.com> |
| **Subject:** | Re: Burbank Unified |

Yes.

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Daliere, Eric" <Eric.Daliere@tarkettsports.com>
Date: Thu, 21 Apr 2011 14:28:35
To: Coury Contact, Tim<tcfieldturf@cox.net>
Subject: RE: Burbank Unified

Did this letter get sent? Thanks.

Eric Daliere
President
Corporate

TARKETT SPORTS
8088 Montview Road
Montreal Quebec H4P 2L7
Canada

Tel: +1 514-340-9311 ext. 109
Mobile: +1 917-783-3360
Fax: +1 514-904-9311
E-Mail: Eric.Daliere@tarkettsports.com
Other: +1 800-724-2969 ext. 109
www.tarkettsportsindoor.com
www.tarkettsports.com
CONFIDENTIALITY NOTICE: This e-mail message is intended only for the above-mentioned recipient(s). Its content is confidential. If you have received this e-mail by error, please notify us immediately and delete it without making a copy, nor disclosing its content, nor taking any action based thereon. Thank you.
AVERTISSEMENT DE CONFIDENTIALITÉ: Le présent courriel est destiné uniquement au(x) destinataire(s) susmentionné(s). Son contenu est confidentiel. Si vous avez reçu ce courriel par erreur, veuillez nous en aviser immédiatement et l'effacer sans en tirer de copie, ni en dévoiler le contenu, ni prendre quelque mesure fondée sur celui-ci. Merci.
http://www.tarkett.com/e-mail-disclaimer.htm

-----Original Message-----
From: Tim Coury [mailto:tcfieldturf@cox.net]
Sent: Thursday, April 21, 2011 11:38 AM
To: Daliere, Eric; Gill, Darren; Olinger, Martin
Subject: Burbank Unified

Eric:

A call from you to Jan might help here. She is a FT supporter but is
getting hit by competitors. Mainly the Mondo rep here Steven Beardsley (who
is now on his 3rd turf company in the past 3 yrs). He is a Burbank resident
and is still pissed off about not getting the first field. Burbank Unified
has installed one of our fields (Duraspine) and another is scheduled for
Sept (trying to switch to Rev). Jan wants me to come to a meeting before

Highly Confidential

FT00143650

her board to answer questions.

Thoughts ?  Tks.
Tim


-----Original Message-----
From: Jan Britz [mailto:JanBritz@burbankusd.org]
Sent: Wednesday, April 06, 2011 11:14 AM
To: Tim Coury
Subject: Re: FieldTurf

Tim,

Thanks.  I have reviewed several videos and the material you sent.  I'll be sharing copies of the documents with Board Members and the superintendent. I'll be in touch with you once I get a general idea of time to schedule the meeting.. and you will be our guest speaker!

I'll talk to you soon.

Thanks,
Jan

Dr. Jan Britz
Asst. Superintendent of Instructional Services
818-729-4455

Burbank Unified School District
Ph:  818-729-4451
Fax: 818-729-4402
janbritz@burbankusd.org
On the Web:  www.burbankusd.org


>>> "Tim Coury" <tcfieldturf@cox.net> 4/6/2011 10:35 AM >>>

Jan:

Please see the attached letter re: our recent lawsuit and the link below on FieldTurf Revolution.

Tim


http://www.fieldturf.com/revolution/

Highly Confidential

FT00143651

**From:** McShane, John [mailto:John.McShane@fieldturf.com]
**Sent:** Wednesday, April 06, 2011 10:16 AM

**Subject:** FW: TenCate Lawsuit

I also need to update you on the lawsuit that we have filed with Tencate as there have been developments in the lawsuit that you need to be aware of.

**TENCATE, the fiber producer we are suing for $30 Million dollars for providing faulty fiber, has just <u>revoked its warranty</u> on colors and certain turf fibers that they supply to all turf manufacturers and brokers. The fibers are used in such companies' products as:**

**-Sportexe**
**-GSV Astroturf**
**-A-Turf**
**-Prograss**

Considering you are evaluating some of these companies, please inquire why the Tencate fibers they use in their productsare no longer covered to the turf company under Tencate's manufacturers warranty.

We at Fieldturf manufacture our own fiber as well as the industries strongest fiber in Revolution and are no more reliant on the largest 3rd party fiber manufacturer. Our manufacturing facility is the only true vertically integrated turf manufacturing facility that is ISO 9001, ISO 14001 and OHSAS 18001 certified for its leadership in quality, environment, and safety management systems within the turf industry.

Thank you, I will be in touch shortly with the revised proposal.

Regards,

**John McShane**
Regional Sales Manager

2814 Bellevue Terrace NW
Washington DC 20007
United States
Tel: +1 301-907-4727
Fax: +1 514-340-9374
Email: John.McShane@fieldturf.com
**www.fieldturf.com**

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the above-mentioned recipient(s). Its content is confidential. If you have received this e-mailby error, please notify us immediately and delete it without making a copy,nor disclosing its content, nor taking any action based thereon. Thank you.
AVERTISSEMENT DE CONFIDENTIALITÉ: Le présent courriel est destiné uniquement au(x) destinataire(s) susmentionné(s). Son contenu est confidentiel. Si vous avez reçu ce courriel par erreur, veuillez nous en aviser immédiatement et l'effacer sans en tirer de copie, ni en dévoiler le contenu, ni prendre quelque mesure fondée sur celui-ci. Merci. http://www.tarkett.com/e-mail-disclaimer.htm

| | |
|---|---|
| From: | Ryan Teeter <ryan.teeter@lddsports.com> |
| Sent: | Tuesday, April 5, 2011 6:02 PM |
| To: | McShane, John <John.McShane@fieldturf.com> |
| Subject: | Re: TENCATE LAWSUIT UPDATE |

good stuff but still no word from the monkeys at Grizzley... I fear no news is bad news from this uneducated group.

thanks,

Ryan Teeter P.E.

Leading Design and Development, LLC
ryan.teeter@lddsports.com
www.lddsports.com
607-351-8254


----- Original Message -----
From: "John McShane" <John.McShane@fieldturf.com>
To: "ryan teeter" <ryan.teeter@yahoo.com>, "ryan teeter" <ryan.teeter@lddsports.com>
Sent: Tuesday, April 5, 2011 1:36:47 PM GMT -05:00 US/Canada Eastern
Subject: TENCATE LAWSUIT UPDATE

Ryan, check this out. You need to leak it to the Grizzlies so they understand how in tune you are in the industry. This just came out. Tell them in order to protect themselves they should inquiry about this if they want to risk going with Sportexe.


TENCATE, the fiber producer we are suing for $30 Million dollars for providing faulty fiber, has just revoked its warranty on color and certain turf fibers that they supply to all turf manufacturers and brokers. The fibers are used in such companies' products as:

-Sportexe
-GSV Astroturf
-A-Turf
-Prograss


Considering you are evaluating other companies products verse Fieldturf Revolution, please demand to know why the Tencate fibers they use in their products are no longer covered to the turf company under Tencate's manufacturers warranty.


**John McShane**
Regional Sales Manager


THE ULTIMATE
SURFACE EXPERIENCE

2814 Bellevue Terrace NW
Washington DC 20007
United States
Tel: +1 301-907-4727
Fax: +1 514-340-9374
Email: John.McShane@fieldturf.com
**www.fieldturf.com**
CONFIDENTIALITY NOTICE: This e-mail message is intended only for the above-mentioned recipient(s). Its content is confidential. If you have received this e-mail by error, please notify us immediately and delete it without making a copy, nor disclosing its content, nor taking any action based thereon. Thank you.
AVERTISSEMENT DE CONFIDENTIALITÉ: Le présent courriel est destiné uniquement au(x) destinataire(s) susmentionné(s). Son contenu est confidentiel. Si vous avez reçu ce courriel par erreur, veuillez nous en aviser immédiatement et l'effacer sans en tirer de copie, ni en dévoiler le contenu, ni prendre quelque mesure fondée sur celui-ci. Merci.
http://www.tarkett.com/e-mail-disclaimer.htm

Case 4:11-cv-00050-TWT   Document 152-4   Filed 04/02/12   Page 8 of 8



# Southeast Texas schools work to repair football stadiums

By Amos Morale III
Published 08:11 a.m., Tuesday, February 28, 2012

Football season might not kick off until fall, but multiple Southeast Texas school districts are working on facilities upgrades for their teams.

Port Neches-Groves ISD, although caught up in a lawsuit at the moment, is hoping to have the Indians playing on a brand-new surface come fall.

The $1 million turf the district had installed two years ago began showing signs of premature wear this past year. After some back and forth with the turf's provider, the district hired a lawyer and is taking legal action to get the turf replaced.

Lance Bradley, the school district's attorney for these matters, said the district has begun discussions with FieldTurf regarding possible solutions.

PN-G'S turf was part of the $9.6 million stadium renovation approved by Port Neches-Groves voters in 2007 during a bond election.

Superintendent Rodney Cavness said in January that the turf, which was supposed to last eight to 10 years, was experiencing "premature wear."

Cavness contended FieldTurf was not honoring its warranty and wouldn't replace the turf, adding that he was informed by a company representative that another company, TenCate, supplied FieldTurf with "a bad batch of turf."

FieldTurf's marketing department issued a statement to The Enterprise confirming its belief that it was supplied with "defective fiber."

Last Tuesday, Lumberton ISD trustees accepted bids for a $1.22 million renovation of the high school's 9,000-square-foot field house.

Superintendent John Valastro said the 1976 building is in bad shape.

"It's basically a tin box," Valastro said.

At Thursday's Beaumont ISD board meeting, trustee Tom Neild, as well as a community member, expressed concern over the progress of the West Brook field house.

Read this story in Tuesday's Enterprise.